

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00345-CV

_____

ANGELA LYNCH CHILDERS, Appellant

V.

JAMES ABRAHAM CHILDERS, Appellee

On Appeal from County Court at Law No. 1
Parker County, Texas
Trial Court No. CIV20-0362

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Angela Lynch Childers, proceeding pro se, attempts to appeal from the trial court's order denying her motion to recuse the trial judge. But "[a]n order denying a motion to recuse may be reviewed only . . . on appeal from the final judgment," Tex. R. Civ. P. 18a(j)(1)(A), and, here, no final judgment has been entered. Without a final judgment or an appealable interlocutory order, we lack appellate jurisdiction. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195, 200 (Tex. 2001); *see also* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a) (listing appealable interlocutory orders); *Hawkins v. Walker*, 233 S.W.3d 380, 401 (Tex. App.—Fort Worth 2007, pet. denied) ("An order denying a motion to recuse is an unappealable interlocutory order.").

On July 16, 2025, we notified Appellant of our concern that we lack jurisdiction over this appeal because the order denying her motion to recuse does not appear to be a final judgment or an appealable interlocutory order. We warned Appellant that her appeal could be dismissed unless she filed a response by July 28, 2025, showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a), 44.3. Appellant then requested an extension, and we gave her an additional thirty days to file her response. More than thirty days have passed, and we have not received a response to our jurisdiction letter.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Hawkins*, 233 S.W.3d at 402 (declining to review order denying appellants' motion to recuse for lack of jurisdiction).

Per Curiam

Delivered:  October 30, 2025